CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 16 2015

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 3:93CR70058 |
| | (Civil Action No. 3:14CV80715) |
| v. | |
| | **FINAL ORDER** |
| BRIAN S. GRIMMOND, | |
| | By: Hon. Glen E. Conrad |
| Defendant. | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED and ADJUDGED**

as follows:

1. After review of petitioner's objections to the report and recommendation of the United States Magistrate Judge and *de novo* review of the pertinent parts of the report, the report and recommendation (ECF No. 99) is **ADOPTED** in its entirety;

2. Respondent's motion to dismiss (ECF No. 87) is **GRANTED**, and petitioner's motion under 28 U.S.C. § 2255 (ECF No. 80) is **DISMISSED**;

3. This action shall be **STRICKEN** from the active docket of this court; and

4. Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER:** This 16th day of July, 2015.

/s/ Glen E. Conrad
Chief United States District Judge