CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 10 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:93CR70058 |
| | ) | (CASE NO. 3:15CV80851) |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| BRIAN S. GRIMMOND, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

By opinion and order entered July 16, 2015, the court denied relief on Brian S. Grimmond's initial motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255. Now, Grimmond has filed a motion seeking leave to supplement that closed § 2255 case to raise a claim that his federal criminal sentence as imposed is unlawful under Johnson v. United States, __U.S.__, 135 S. Ct. 2551 (June 26, 2015). In the alternative, Grimmond seeks to file a new § 2255 motion under § 2255(f)(3). After review of the record, the court concludes that the current submission must be construed as a motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, and be summarily dismissed as successive.[1]

This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255(h). As stated, Grimmond previously filed a § 2255 motion concerning this same conviction and sentence. As he offers no indication that he has yet obtained certification from the court of appeals to file a second or successive § 2255 motion, the

---

[1] Pursuant to Rule 4 of the Rules Governing § 2255 Proceedings, the court may summarily dismiss a § 2255 motion when it is clear from the face of the motion and the record that defendant is not entitled to relief.

court must dismiss his current action without prejudice. A separate order will be entered this day.

The clerk is directed to send a copy of this opinion and the accompanying order to defendant.

ENTER: This 10th day of September, 2015.

*/s/ Glen Conrad*
Chief United States District Judge