CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 10 2015

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:93CR70058 |
| ) | (CASE NO. 3:15CV80851) |
| v. ) | FINAL ORDER |
| ) | |
| BRIAN S. GRIMMOND, ) | By: Hon. Glen E. Conrad |
| Defendant. ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendant's motion (ECF No. 105), seeking sentencing relief under Johnson v. United States, __U.S.__, 135 S. Ct. 2551 (June 26, 2015), is hereby **CONSTRUED** as a motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, and the clerk is **DIRECTED** to docket it as such; this § 2255 motion is hereby **DISMISSED** as successive under § 2255(h) and is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 10th day of September, 2015.

/s/ Glen E. Conrad
Chief United States District Judge